**Motion GRANTED and Order filed October 6, 2020.**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-20-00635-CV

———————

### IN RE MARIJANA GLASS, GUARDIAN OF THE PERSON OF NICOLE M. BASISTA, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 433,937**

## ORDER

On September 16, 2020, relator Marijana Glass, Guardian of the person of Nicole M. Basista, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Jerry Simoneaux, Judge of the Probate Court No. 1, in Harris County, Texas, to set aside his order dated August 24, 2020, directing the

parties to pay the guardian ad litem's fees, entered in trial court number 433,937, styled *In The Guardianship Of Nicole Basista, An Incapacitated Person*.

Relator also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On September 29, 2020, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the trial court's August 24, 2020 order entered in trial court cause number 433,937, *In The Guardianship Of Nicole Basista, An Incapacitated Person,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Zimmerer.